JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SANDERS, individually and on behalf of similarly situated individuals,<br><br>　　　Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>　　　Defendant. | Case No. 8:19-cv-01365-JVS-KES<br><br>Hon. James V. Selna<br>Magistrate Judge Karen E. Scott<br><br>**ORDER RE: DISMISSAL** |

　　Based on the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff Kevin Sanders' claims are dismissed with prejudice, and the claims asserted on behalf of the putative class members are dismissed without prejudice; and

2. Plaintiff and Defendant shall each bear their own fees and costs incurred in this litigation.

**IT IS SO ORDERED.**

Dated: August 28, 2020

　　　　　　　　　　　　　　　　　　*/s/ James V. Selna*
　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge